*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

---

### *Minute Order/Minutes of Proceeding*

---

| | |
|---|---|
| Date:   March 7, 2016 | **Honorable Thomas B. McNamara, Presiding**<br>Katherine M. Swan, Law Clerk |

---

In re:   Mark Alan Goeken,

              Debtor.

     Mark Alan Goeken,

            Plaintiff,

         v.

     Carrington Mortgage Services, LLC,

            Defendant.

**Case. No. 11-30109 TBM**
**Chapter 13**

**Adversary Proceeding No. 15-01162 TBM**

---

| | Appearances | | Representing |
|---|---|---|---|
| **Plaintiff** | Mark Alan Goeken | Counsel | Michael Suchoparek |
| **Defendant** | Carrington Mortgage Services, LLC | Counsel | Aaron A. Garber |

Proceedings:

Oral Ruling on the Plaintiff's Amended Complaint (Docket No. 8).

☒  Oral findings of fact and conclusions of law made of record.

---

Orders:

For the reasons stated on the record:

☒  The Court finds in favor of the Plaintiff and against the Defendant on the Plaintiff's Claim for Violation of the Automatic Stay (11 U.S.C. § 362(a)) pursuant to 11 U.S.C. § 362(k) and the Plaintiff's Claim for Violation of the Fair Debt Collection Practices Act (15 U.S.C. § 1692e) pursuant to 15 U.S.C. § 1692k.  Judgment on both Claims shall enter in favor of the Plaintiff for actual damages in the amount of $24,238.14 ($21,738.14 for amounts owed to become current with Nationstar, plus $2,500.00 for emotional distress damages) and punitive damages in the amount of $2,500.00, pursuant to 11 U.S.C. § 362(k)(1) and 15 U.S.C. § 1692k(a)(1).  Judgment shall also enter in favor of the Plaintiff in the amount of $1,000.00 for statutory damages on his Claim under the Fair Debt Collection Practices Act pursuant to 15 U.S.C. § 1692k(a)(2).

☒  If the Plaintiff wishes to recover attorneys' fees and costs, the Plaintiff must file, within fourteen (14) days after entry of judgment, a motion in which he states the amounts sought, submitting therewith a statement detailing his reasonable fees and nontaxable costs, consistent with Fed. R. Civ. P. 54(d)(2), as incorporated herein by Fed. R. Bankr. P. 7054.

☒   The Motion of Carrington Mortgage Service, LLC to File Post-Trial Brief and Reopen Trial to Submit Evidence to Avoid Manifest Injustice (Docket No. 27) is GRANTED in part and DENIED in part. Specifically, the Court grants the request to file the post-trial brief.  The Court reviewed the brief and considered it in its oral ruling.  The request to reopen trial is denied for the reasons stated on the record.

☒   The Motion to Strike Carrington Mortgage Services' Motion to File Post Trial Brief and Reopen Trial to Submit Evidence to Avoid Manifest Injustice and Plaintiff's Request for Sanctions Against Carrington Mortgage Services (Docket No. 28) is GRANTED in part and DENIED in part consistent with the ruling above.

☒   All other relief requested but not specifically granted is DENIED.

Dated:  March 7, 2016

IT IS SO ORDERED:

Honorable Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By:  Katherine M. Swan
       Law Clerk to Judge Thomas B. McNamara